AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MICHAEL PAUL MATUSZCZAK

    Plaintiff(s)
        v.     **Civil Action No.** 2:16-CV-183

MIRAMED REVENUE GROUP LLC

    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:   JUDGMENT is entered in favor of Defendant Miramed Revenue Group LLC and against Plaintiff Michael Paul Matuszczak on all counts.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Philip P. Simon on a Motion for Summary Judgment

DATE: 11/14/2017 _____      ROBERT TRGOVICH, CLERK OF COURT
                                                        by    /s/Jason Schrader
                                                                              *Signature of Clerk or Deputy Clerk*